**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1760**

EMMANUEL EDOKOBI,

                Plaintiff - Appellant,

        v.

LITTON LOAN SERVICING LP, Mortgagee,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J. Frederick Motz, Senior District
Judge.  (8:11-cv-01332-JFM)

Submitted: March 15, 2013          Decided:  March 29, 2013

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Emmanuel Edokobi, Appellant Pro Se.   Hillary Gould Benson,
Daniel J. Tobin, BALLARD SPAHR, LLP, Bethesda, Maryland; Glenn
Cline, BALLARD SPAHR, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edokobi seeks to appeal the district court's orders sealing portions of Edokobi's deposition, denying Edokobi's motion to strike a deposition, and granting Defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Edokobi v. Litton Loan Servicing LP, No. 8:11-cv-01332-JFM (D. Md. June 13 & June 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED